**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:     Stella D. Salmeron v. Dell, Inc.

Appellate case number:   01-19-00922-CV

Trial court case number:  1138976

Trial court:             County Civil Court at Law No. 1 of Harris County, Texas

On April 29, 2021, this Court affirmed the county court at law's judgment dismissing appellant's claims against Dell, Inc. *See Salmeron v. Dell, Inc.*, No. 01-19-00922-CV, 2021 WL 1679545 (Tex. App.—Houston [1st Dist.] Apr. 29, 2021, no pet. h.) (mem. op.). A motion for rehearing was due by May 14, 2021. *See* TEX. R. APP. P. 49.1. Within the time permitted by Rule 49.8 of the Texas Rules of Appellate Procedure, appellant, Stella Salmeron, moved for a 160-day extension of time to file a motion for rehearing, citing health and other concerns related to the COVID-19 pandemic. We acknowledge the impact the COVID-19 pandemic has had on individuals and the public at-large but note that a 160-day extension is unreasonable, absent extenuating circumstances. Appellant's motion for extension is **granted in part**.

**Appellant's motion for rehearing is due to be filed no later WEDNESDAY, AUGUST 25, 2021, 90 days from the date of this order**. **No additional extensions will be granted absent extraordinary circumstances**.

It is so ORDERED.

Judge's signature: /s/ Amparo Guerra
                    ☒ Acting individually    ☐ Acting for the Court

Date: May 27, 2021